UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 17-87-DLB

DONALD R. FUGATE                                                                               PLAINTIFF

vs.                                     **JUDGMENT**

**NANCY A. BERRYHILL**, Acting
**Commissioner of Social Security**                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)      The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff Donald R. Fugate's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)      This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 11th day of April, 2018.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\17-87 Fugate Judgment.docx